NELSON E. ARRIAGA *v.* COMMISSIONER OF
CORRECTION*

The petitioner Nelson E. Arriaga's petition for certification for appeal from the Appellate Court, 120 Conn. App. 258 (AC 30272), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the judgment of the trial court in dismissing the petitioner's habeas corpus petition for lack of subject matter jurisdiction?"

The Supreme Court docket number is SC 18659.

*David J. Reich,* special public defender, in support of the petition.

Decided January 4, 2011

IN RE JOSEPH W., JR., ET AL.

The petition by the commissioner of children and families for certification for appeal from the Appellate Court, 121 Conn. App. 605 (AC 30476/AC 30477), is granted, limited to the following issue:

"Did the Appellate Court properly reverse the trial court's judgment terminating the parental rights of the father and the mother?"

McLACHLAN, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18660.

*Susan T. Pearlman,* assistant attorney general, in support of the petition.

*David B. Rozwaski* and *David J. Reich,* in opposition.

Decided July 22, 2010

* The Supreme Court amended the order for certification of July 22, 2010.